Matter of Homolash (2024 NY Slip Op 03581)

Matter of Homolash

2024 NY Slip Op 03581

Decided on July 3, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:July 3, 2024

PM-130-24
[*1]In the Matter of Claudine Q. Homolash, an Attorney. (Attorney Registration No. 5079785)

Calendar Date:July 1, 2024

Before:Garry, P.J., Pritzker, Reynolds Fitzgerald, Ceresia and Powers, JJ. 

Claudine Q. Homolash, Philadelphia, Pennsylvania, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Claudine Q. Homolash was admitted to practice by this Court in 2012 and lists a business address in Philadelphia, Pennsylvania with the Office of Court Administration. Homolash now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Homolash's application.
Upon reading Homolash's affidavit sworn to May 8, 2024 and filed May 13, 2024, and upon reading the June 25, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Homolash is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Pritzker, Reynolds Fitzgerald, Ceresia and Powers, JJ., concur.
ORDERED that Claudine Q. Homolash's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Claudine Q. Homolash's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Claudine Q. Homolash is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Homolash is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Claudine Q. Homolash shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.